UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:03-CR-10-1F

LEAVONE CARR, JR

On Monday, November 21, 2011, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 9th day of October, 2014.

James C. Fox  
Senior U.S. District Judge